IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**

APR 0 8 2025

CLERK
NORTHERN DISTRICT OF OHIO
AKRON

Elhadj Sougre
P O Box 6 7024 Akron OH
44306

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Developmental Disabilities : 30 E Broads st, columbus OH 43215
or 2355 2nd st, By Cuyahoga Falls,
OH 44221

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. 5:25 CV 00694

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No

*(check one)*

**JUDGE ADAMS**

**MAG JUDGE KNAPP**

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Elhadj Souare

Street Address — PO Box 7024

City and County — Akron OH Summit

State and Zip Code — 44306

Telephone Number — 234 303 9210

E-mail Address — Fulaniservicesllc@outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name — Developmental of disabilities

Job or Title (if known) —

Street Address — 30 E broads st

City and County — Columbus Franklin/Summit

State and Zip Code — 43215

Telephone Number —

E-mail Address (if known) —

☐ Individual capacity  ☐ Official capacity

Defendant No. 2

Name —

Job or Title —

2

(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address
(if known)    _____

☐   Individual capacity      ☐   Official capacity

Defendant No. 3

Name    _____

Job or Title
(if known)    _____

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address
(if known)    _____

☐   Individual capacity      ☐   Official capacity

Defendant No. 4

Name    _____

Job or Title
(if known)    _____

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address
(if known)    _____

☐   Individual capacity      ☐   Official capacity

3

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4,5,14th amendment, as well as claims of racial discrimination and due process violations.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

1 – unlawful search and entry

2 – defamation and false Accusations

3 – target Harassment and Discrimination

4 – falsee reprepresentation, intimidation, and coercion

5 – retaliatory ango action and delays

6 – unfair speawl Review Process , 7 – intent to shut Hown Business.

### III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?  Summit

Su

B.    What date and approximate time did the events giving rise to your claim(s) occur?

10A — 11 Am

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Investigators forced their way into plaintiffs private residence under the pretense of investigation and proceeded to search the home without proper warrant or consent, violating plaintiff 4th amendment. ② Defamation and false Accusations: defendant's knowingly included false statements in their reports that fulani was not paying employees properly, that plaintiff did not have general liability insurance; that fulani agency lacked an electronic visit verification (Evv) system. that fulani was paying staff "under the table". that plaintiff did not submit required annual MVI reports to stark, summit, and columbian's counties. ③ Targeted Harassment and discriminat: Plaintiff, a black/African provider, has been treated unfairly in comparison to others providers. what within SSA networks, clients are disproportionately assigned to relatives or close affiliates of SSA staff, while African and minority providers face unnecessary scrutiny. ④ False representation, intimidat: and coercion: During the investigation, the investigator assigned to W.P falsely claimed that fulani was driving with the car door open while clients were inside — a serious and baseless accusation. Furthermore, jennifer, manager of sanctions, stated that on audio that if plaintiff is not capable of correcting the plan of correction, he would be to subject to revocation. this statement was made not as constructive feedback, but as a threat, adding to the atmosphere of coercion and intimidation faced by plaintiff.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Investigators also filmed me without no consent during the investigation — a violation of his privacy and contrary to standard investigative protocols. ⑤ Retaliatory Action and delays: DoDD's actions and prolonged investigation process have severely impacted plaintiff's ability to operate Fulani services LLC, causing substantial financial loss and business interruption. ⑥ Unfair special Review process: Plaintiff was subjected to a discriminatory and procedurally irregular "special review" that lacked a factual basis and served as a pretext for punitive action. ⑦ intent to shut down business: DoDD officials exhibited a clear intent to shut down Fulani services.

Plaintiff's business partner was informed by rob capaldi that revocation of the business was imminent — without proper notice — and that DoDD later changed its minds — underscoring the arbitrary and retaliatory nature of their enforcement actions.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1 — issue a declaratory judgement that the actions of the defendant's violated the constitution rights of the plaintiff.
2 — Grant compensatory damages for lost income, reputational harm, emotion distress, and business disruption.
3 — issue injunctive relief requiring DoDD to cease further retaliatory or discriminatory actions. ④ Award attorney's fees, and court costs.
⑤ Grant Grant any other relief the court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/7 , 2025.

Signature of Plaintiff _____Mahmad_____

Printed Name of Plaintiff _____Elhadj Souare_____

**B.**     **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____